IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES CORTEZ ARNOLD                                                                 PETITIONER
ADC #114047

V.                          NO. 5:12cv00351-KGB/JTR

RAY HOBBS, Director,                                                                RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a Motion to Transfer this 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus to the United States District Court for the Northern District of Mississippi, along with a Brief in Support. (Docket entries #7, #8.) A Response from Petitioner would be helpful to resolution of this matter.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before February 1, 2013,** a Response to Respondent's Motion.

DATED THIS 3rd DAY OF January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE